# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02787-WJM-CBS

WALTER F. WAGNER,

    Plaintiff,

v.

CHASE BANK USA, N.A.,

    Defendant.

---

## NOTICE OF DISMISSAL WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Walter F. Wagner ("Plaintiff"), by and through his undersigned counsel, hereby submits this Notice of Dismissal With Prejudice (the "Notice") and, in support thereof, states as follows:

1. On October 22, 2012, Plaintiff commenced this action by filing his Complaint [Docket No. 1] (the "Complaint") with the Court.

2. On or around February 12, 2013, Plaintiff and Defendant Chase Bank USA, N.A. ("Chase") entered into a Confidential Settlement Agreement and Release resolving, among other things, all claims asserted in this action, wherein Plaintiff agreed to dismiss this action *with prejudice* and with each party responsible for its own attorneys' fees and costs.

3. Fed. R. Civ. P. 41(a)(1)(A) provides, in pertinent part, that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

4. Chase has not filed an answer or a motion for summary judgment in response to Plaintiff's Complaint.

5. As a result of the foregoing, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby submits this Notice and dismisses this action *with prejudice*, with each party to bear its own attorneys' fees and costs.

6. A proposed order is submitted herewith.

Respectfully submitted this 7th day of March, 2013.

*s/*
T. A. Taylor-Hunt, Esq.
Law Office of T. A. Taylor-Hunt, LLC
3773 Cherry Creek North Drive
Suite 575
Denver, CO 80209
tath@legalwellness.com

*Attorneys for Plaintiff Walter F. Wagner*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and served the same by U.S. Mail, postage pre-paid, on the following:

Jeremy D. Peck, Esq.
Kutak Rock LLP
1801 California Street, Suite 3100
Denver, CO 80202

*Attorneys for Defendant Chase Bank USA, N.A.*

                   *s/T. A. Taylor-Hunt*